1 | MATTHEW R. EASON, Esq., SBN 160148
KYLE K. TABORNINI, Esq., SBN 160538
2 | **EASON & TAMBORNINI, ALC**
1234 H Street, Suite 200
3 | Sacramento, CA 95814
Telephone: (916) 438-1819
4 | Facsimile: (916) 438-1820
Matthew@capcityLaw.com
5 | https://www.capcityLaw.com

6 | Attorneys for Plaintiffs

7

8 | **UNITED STATES DISTRICT COURT**

9 | **EASTERN DISTRICT OF CALIFORNIA**

10 | (Sacramento Division)

11

12 | ROBERT WESTFALL, individually and on behalf of all others similarly situated,

Case No.: 2:16-cv-02632-KJM-GGH

13 | Plaintiff,

**ORDER ON EX PARTE APPLICATION TO EXTEND TIME FOR FILING CLASS CERTIFICATION MOTION**

14 | v.

15 | BALL METAL BEVERAGE CONTAINER CORPORATION., a
16 | Colorado Corporation, Does 1-20 inclusive,

17

18 | Defendants.

19

20 | IT IS SO ORDERED that:

21

22 | Plaintiffs shall file their class certification motion on or before July 28, 2017.

23 | Defendants opposition to that motion shall be filed on or before August 28, 2017.

24 | Plaintiff's reply shall be filed on or before September 12, 2017.

25 | The hearing on the class certification motion shall be heard on September 22, 2017 at

26 | 10:00 a.m.

27

28

1

**ORDER**

Plaintiffs to give notice to parties.

DATED:  June 29, 2017.

_____
UNITED STATES DISTRICT JUDGE

**ORDER**