1  JOHN K. SKOUSEN, SBN 192581
   jskousen@fisherphillips.com
2  CHRISTOPHER M. AHEARN, SBN 239089
   cahearn@fisherphillips.com
3  **FISHER PHILLIPS LLP**
   2050 Main Street, Suite 1000
4  Irvine, California 92614
   T: (949) 851-2424
5  F: (949) 851-0152

6  KATHERINE P. SANDBERG, SBN 301117
   ksandberg@fisherphillips.com
7  **FISHER PHILLIPS LLP**
   621 Capitol Mall, Suite 1400
8  Sacramento, CA 95814
   T: (916) 210-0400
9  F: (916) 210-0401

10 *Attorneys for Defendant, BALL METAL BEVERAGE CONTAINER CORP.*
   *(erroneously sued as "BALL METAL BEVERAGE CONTAINER CORPORATION")*
11
   MATTHEW R. EASON, SBN 160148
12 matthew@capcitylaw.com
   ERIN M. SCHARG, SBN 285311
13 **EASON & TAMBORNINI, ALC**
   1234 H Street, Suite 200
14 Sacramento, California 95814
   T: (949) 438-1819
15 F: (949) 438-1820

16 *Attorneys for Plaintiffs, ROBERT WESTFALL, DAVID E. ANDERSON, LYNN BOBBY, and DAVID ELLINGER*

17

18                    UNITED STATES DISTRICT COURT

19              EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

20

| ROBERT WESTFALL, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>BALL METAL BEVERAGE CONTAINER CORPORATION, a Colorado Corporation, Does 1-20 inclusive,<br><br>  Defendants. | Case No: 2:16-CV-02632-KJM-GGH<br><br>**JOINT SCHEDULING STIPULATION; AND ORDER**<br><br>[Originally Solano Superior Court Action No. FCS047654]<br>State Action Filed:  9-7-2016<br>FAC Filed:           4-6-2017<br>Trial Date:          None Set |
|---|---|

Plaintiffs ROBERT WESTFALL, DAVID E. ANDERSON, LYNN BOBBY, and DAVID ELLINGER (hereinafter, "Plaintiffs"), and Defendant BALL METAL BEVERAGE CONTAINER CORP. (hereinafter, "Defendant") (hereinafter, collectively, the "Parties"), hereby stipulate as follows:

WHEREAS, on February 17, 2017, the Court entered its Status (Pretrial Scheduling) Order: Class Certification Phase (Document No. 015) (hereinafter, the "Scheduling Order");

WHEREAS, the Scheduling Order provides for completion of all discovery not later than December 31, 2017, in addition expert discovery deadlines, with a close of expert discovery on March 31, 2017;

WHEREAS, the Scheduling Order provided for the filing of a motion for class certification not later than June 30, 2017, with a hearing on such motion to take place on September 8, 2017;

WHEREAS, based upon stipulations of the parties, the deadline for filing the class certification motion was continued to July 28, 2017, and the hearing was continued to October 20, 2017;

WHEREAS, Plaintiffs' motion for class certification has been fully briefed by the Parties;

WHEREAS, on October 16, 2017, the Court issued a minute order (Document No. 49) taking the hearing off calendar and stating that Plaintiffs' motion for class certification will be decided on the papers;

WHEREAS, to date, the Court has not yet issued its order on the motion for class certification;

WHEREAS, additional discovery may need to be taken, but the scope and nature of such discovery will be substantially influenced by the terms of the Court's order on Plaintiffs' motion for class certification;

WHEREAS, the Parties do not wish to expend additional resources on discovery that may not be necessary depending on the terms of the Court's order on Plaintiffs' motion for class certification;

1     WHEREAS, if additional fact discovery is conducted after December 31, 2017, it will
2 be difficult for the Parties to comply with the remaining deadlines in the Court's Scheduling
3 Order;

4     WHEREAS, the Scheduling Order set a further status conference for January 4, 2018
5 at 2:30 p.m. (with a joint report to be filed seven days prior), and the Parties stipulate that such
6 conference and joint report deadline should remain on calendar so that discovery and other
7 deadlines and dates can be set in light of the Court's order on Plaintiffs' motion for class
8 certification;

9     NOW THEREFORE, it is so stipulated by the Parties that all future deadlines and dates
10 set forth in the Scheduling Order should be VACATED, except for the setting of the
11 aforementioned status conference and joint report deadline.

Dated: December 1, 2017          FISHER & PHILLIPS LLP

                                              By:  /s/ Christopher M. Ahearn
                                                   JOHN K. SKOUSEN
                                                   CHRISTOPHER M. AHEARN
                                                   KATHERINE P. SANDBERG
                                                   Attorneys for Defendant
                                                   BALL METAL BEVERAGE CONTAINER CORP.

Dated: December 1, 2017          EASON & TAMBORNINI, ALC

                                                By:  /s/ Matthew R. Eason (as authorized on 11-28-17)
                                                   MATTHEW R. EASON
                                                   ERIN M. SCHARG
                                                   Attorneys for Plaintiffs
                                                   ROBERT WESTFALL, DAVID E. ANDERSON,
                                                   LYNN BOBBY, and DAVID ELLINGER

**ORDER**

Pursuant to the foregoing stipulation, and good cause appearing therefor, the parties' proposal is approved except that the further status conference is set for January 18, 2018 at 2:30 p.m. All other dates are vacated. IT IS SO ORDERED.

DATED: December 13, 2017.

                                                                    UNITED STATES DISTRICT JUDGE