1 | JOHN K. SKOUSEN, SBN 192581
jskousen@fisherphillips.com
2 | CHRISTOPHER M. AHEARN, SBN 239089
cahearn@fisherphillips.com
3 | **FISHER & PHILLIPS LLP**
2050 Main Street, Suite 1000
4 | Irvine, California 92614
Telephone: (949) 851-2424
5 | Facsimile: (949) 851-0152

6 | *Attorneys for Defendant, BALL METAL BEVERAGE CONTAINER CORP.*

7 | MATTHEW R. EASON, SBN 160148
matthew@capcitylaw.com
8 | ERIN M. SCHARG, SBN 285311
**EASON & TAMBORNINI, ALC**
9 | 1234 H Street, Suite 200
Sacramento, CA 95814
10 | Telephone: (949) 438-1819
Facsimile: (949) 438-1820

*Attorneys for Plaintiffs, ROBERT WESTFALL, DAVID E. ANDERSON, LYNN BOBBY, and DAVID ELLINGER*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| ROBERT WESTFALL, DAVID E. ANDERSON, LYNN BOBBY, and DAVID ELLINGER,<br><br>Plaintiffs,<br><br>v.<br><br>BALL METAL BEVERAGE CONTAINER CORP.,<br><br>Defendant. | Case No: 2:16-cv-02632-KJM-GGH<br><br>**JOINT FURTHER SCHEDULING STIPULATION; ORDER** |

Plaintiffs ROBERT WESTFALL, DAVID E. ANDERSON, LYNN BOBBY, and DAVID ELLINGER (hereinafter, "Plaintiffs"), and Defendant BALL METAL BEVERAGE CONTAINER CORP. (hereinafter, "Defendant") (hereinafter, collectively, the "Parties"), hereby stipulate as follows:

WHEREAS, at the April 26, 2018 further status conference in this action (hereinafter, the "Conference"), the Parties and the Court discussed a possible motion by Defendant to amend the default limit of ten (10) depositions per side set forth in Rule 30(a)(2)(A)(i) of the Federal Rules of Civil Procedure, or in the alternative, a stipulation of the Parties in such regard, with the Court commenting that any motion in such regard should be filed within thirty (30) days of the Conference;

WHEREAS, at the Conference, the Parties and the Court also discussed a possible motion by Defendant to compel Plaintiffs to submit a trial plan pursuant to *Duran v. U.S. Bank Nat'l Assn*, 54 Cal.4th 1 (2014) (hereinafter, a "Trial Plan");

WHEREAS, in its May 10, 2018 Status (Pretrial Scheduling) Order (Document No. 74) (hereinafter, the "May 10, 2018 Order"), the Court set a deadline for a motion to compel a Trial Plan for within thirty (30) days of the Conference;

WHEREAS, because thirty (30) days from April 26, 2018 is May 26, 2018, a Saturday, and May 28, 2018 is a federal holiday (Memorial Day), pursuant to Rule 6(a)(1) of the Federal Rules of Civil Procedure, the deadline for Defendant's Motion to compel a Trial Plan is Tuesday, May 29, 2018, and the Parties understand that, although the May 10, 2018 Order does not reference a deadline for Defendant's motion from the above-referenced ten (10)-deposition limit, based on the Court's comments at the Conference the Parties understand that the same deadline of May 29, 2018 applies to a such a motion by Defendant relating to the deposition limit;

WHEREAS, the Parties have conferred both by email and telephone regarding a potential stipulation to relief from the aforementioned ten (10)-deposition limit, as well as the submission of a Trial Plan by Plaintiffs;

WHEREAS, the Parties have not yet reached an agreement, but believe that they may

1
JT FURTHER SCHEDULING STIP; ORDER – 2:16-CV-02632-KJM-GGH
FPDOCS 34111443.1

1 be able to do so based on further meet-and-confer efforts;

2 WHEREAS, the Parties are also in the process of discussing the possibility of an
3 additional mediation in the near future with Mr. Alan Berkowitz (who mediated the case
4 previously);

5 WHEREAS, the Parties believe they will know by Friday, June 1, 2018 whether they
6 will be proceeding to such a further mediation;

7 WHEREAS, if the Parties do proceed to a mediation in the near future, it may not be
8 necessary to have a Trial Plan or further depositions until a later date after mediation;

9 WHEREAS, if the Parties do not proceed to a mediation in the near future, they should
10 be able to report to the Court regarding the status of same, and to complete their meet-and-
11 confer efforts regarding depositions and a Trial Plan, by Friday, June 8, 2018.

12 NOW THEREFORE, the Parties stipulate that the deadlines for Defendant to file
13 motions to compel a Trial Plan and for relief from the aforementioned deposition limit should
14 be continued to June 8, 2018, and that by June 1, 2018 the Parties should report to the Court
15 regarding the status of scheduling a further mediation, including whether any further
16 continuances of the aforementioned June 8, 2018 deadlines are warranted to avoid unnecessary
17 motions and proceedings prior to mediation.

Dated: May 25, 2018    FISHER & PHILLIPS LLP


By:  /s/ Christopher M. Ahearn
JOHN K. SKOUSEN
CHRISTOPHER M. AHEARN
Attorneys for Defendant
BALL METAL BEVERAGE CONTAINER CORP.

Dated: May 25, 2018    EASON & TAMBORNINI, ALC


By:  /s/ Erin M. Scharg (as authorized on May 25, 2018)
MATTHEW R. EASON
ERIN M. SCHARG
Attorneys for Plaintiffs ROBERT WESTFALL, DAVID E.
ANDERSON, LYNN BOBBY, and DAVID ELLINGER

| | |
|---|---|
| 1 | **ORDER** |
| 2 | Pursuant to the foregoing stipulation and joint report, and good cause appearing |
| 3 | therefor, IT IS ORDERED that: |
| 4 | The deadlines for Defendant to file motions to compel a trial plan pursuant to *Duran v.* |
| 5 | *U.S. Bank Nat'l Ass'n*, 54 Cal.4th 1 (2014), and for relief from the deposition limit set forth in |
| 6 | Rule 30(a)(2)(A)(i) of the Rules of Civil Procedure, are continued to June 8, 2018. By June 1, |
| 7 | 2018, the Parties shall file a joint report on the status of scheduling a further mediation, |
| 8 | including whether any further continuances of the June 8, 2018 deadline are warranted. |
| 9 | DATED: June 4, 2018. |

_____
UNITED STATES DISTRICT JUDGE