JOHN K. SKOUSEN, SBN 192581
jskousen@fisherphillips.com
CHRISTOPHER M. AHEARN, SBN 239089
cahearn@fisherphillips.com
JOHN T. LAI, SBN 289949
jlai@fisherphillips.com
KATHERINE P. SANDBERG, SBN 301117
ksandberg@fisherphillips.com
**FISHER & PHILLIPS LLP**
2050 Main Street, Suite 1000
Irvine, California 92614
Telephone: (949) 851-2424
Facsimile: (949) 851-0152

*Attorneys for Defendant, BALL METAL BEVERAGE CONTAINER CORP.*

MATTHEW R. EASON, SBN 160148
matthew@capcitylaw.com
ERIN M. SCHARG, SBN 285311
erin@capcitylaw.com
**EASON & TAMBORNINI, ALC**
1234 H Street, Suite 200
Sacramento, CA 95814
Telephone: (949) 438-1819
Facsimile: (949) 438-1820

*Attorneys for Plaintiffs, ROBERT WESTFALL, DAVID E. ANDERSON, LYNN BOBBY, and DAVID ELLINGER*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| ROBERT WESTFALL, DAVID E. ANDERSON, LYNN BOBBY, and DAVID ELLINGER,<br><br>Plaintiffs,<br><br>v.<br><br>BALL METAL BEVERAGE CONTAINER CORP.,<br><br>Defendant. | Case No: 2:16-cv-02632-KJM-GGH<br><br>**JOINT STIPULATION REGARDING CLASS DISCOVERY AND TRIAL PLAN; ORDER** |

Plaintiffs ROBERT WESTFALL, DAVID E. ANDERSON, LYNN BOBBY, DAVID ELLINGER (hereinafter, "Plaintiffs"), and Defendant BALL METAL BEVERAGE CONTAINER CORP. (hereinafter, "Defendant") (hereinafter, collectively, the "Parties"), hereby stipulate as follows:

WHEREAS, on August 20, 2018 the Court ordered the Parties to submit a briefing schedule on Defendant's "Motion to Compel Plaintiff to Submit a Trial Plan and for Relief from 10-Deposition Limit" (ECF No. [76]) (hereinafter, the "Motion") within fourteen (14) days;

WHEREAS, on August 21, 2018 the Parties, though counsel, met and conferred by telephone regarding a trial plan, and further discovery including class member depositions;

WHEREAS, Plaintiffs have agreed that a trial plan pursuant to *Duran v. U.S. Bank*, 59 Cal.4th 1 (2014) of some kind may be called for in this action, but it is premature to decide if required, or to agree to its terms at this time;

WHEREAS, the Parties agree that additional discovery, including class member depositions, is warranted but the exact scope and nature of such discovery depends to some degree on the Court's resolution of Plaintiffs' pending Motion for Reconsideration (ECF No. [59]);

NOW THEREFORE, the Parties stipulate as follows:

- It is not necessary to proceed with the Motion at this time (subject to Defendant's ability to re-submit such a motion in the future if necessary);
- Within fourteen (14) days of the Court's ruling on the Motion for Reconsideration, Defendant will provide Plaintiffs with a proposed class discovery plan, to include proposals regarding the number, length, and anticipated topics of class member depositions;
- Within fourteen (14) days of receiving Defendant's plan, Plaintiffs will give a written response indicating whether they agree to the plan or whether, if they dispute any aspect of it, and the factual basis for any such dispute;
- As necessary, the Parties will obtain input from experts qualified in relevant subject

1

JOINT STIPULATION REGARDING CLASS DISCOVERY AND TRIAL PLAN; ORDER –
2:16-cv-02632-KJM-GGH

FPDOCS 34420665.1

| | |
|---|---|
| 1 | matters (such as statistics) in developing their discovery plan proposals; |
| 2 | - Following Plaintiffs' response, the Parties will further confer, if needed, and within |
| 3 | fourteen (14) days of such response will file a joint report to the Court regarding the |
| 4 | aspects of a discovery plan that are agreed-upon, as well as a description of any |
| 5 | disputes that the Parties desire to submit to the Court for resolution; |
| 6 | - As part of the Parties' joint submission, they will propose a schedule for completing |
| 7 | such discovery, including any modifications to the present pre-trial schedule that may |
| 8 | be needed; |
| 9 | - During the course of such additional discovery, the Parties will confer regarding a |
| 10 | reasonable time for Plaintiffs to provide a "trial plan" if one is agreed as being needed, |
| 11 | and whether any motions are required in such regard; and |
| 12 | /// |
| 13 | /// |
| 14 | /// |
| 15 | /// |
| 16 | /// |
| 17 | /// |
| 18 | /// |
| 19 | /// |
| 20 | /// |
| 21 | /// |
| 22 | /// |
| 23 | /// |
| 24 | /// |
| 25 | /// |
| 26 | /// |
| 27 | /// |
| 28 | /// |

- The Parties' proposals regarding such discovery plans will be for purposes of *discovery only*, and shall be without prejudice as to the Parties' ability to seek appropriate relief from the Court to modify such plans, to seek additional discovery, to seek protective orders, for Plaintiffs to take the position that no "trial plan" is needed, for Defendant to seek to compel a "trial plan", for Defendant to dispute the validity or adequacy of any "trial plan" (or lack thereof) under applicable law and/or for Defendant to take the position that any certified class in this action should be modified or de-certified, or for the Parties to seek any other appropriate relief.

Dated: August 22, 2018

FISHER & PHILLIPS LLP

By: /s/ Christopher M. Ahearn
JOHN K. SKOUSEN
CHRISTOPHER M. AHEARN
JOHN T. LAI
KATHERINE P. SANDBERG
Attorneys for Defendant
BALL METAL BEVERAGE CONTAINER CORP.

Dated: August 22, 2018

EASON & TAMBORNINI, ALC

By: /s/ Matthew R. Eason (as authorized on August 22, 2018)
MATTHEW R. EASON
ERIN M. SCHARG
Attorneys for Plaintiffs ROBERT WESTFALL, DAVID E. ANDERSON, LYNN BOBBY, and DAVID ELLINGER

| | |
|---|---|
| 1 | **ORDER** |
| 2 | Pursuant to the foregoing stipulation and joint report, and good cause appearing |
| 3 | therefor, IT IS ORDERED that: |

- Defendant's Motion (ECF No. [76]) is deemed withdrawn, without prejudice for Defendant to seek similar or related relief in the future;
- Within fourteen (14) days of the Court's ruling on Plaintiffs' pending Motion for Reconsideration (ECF No. [59], Defendant shall provide Plaintiffs with a proposed class discovery plan, to include proposals regarding the number, length, and anticipated topics of class member depositions;
- Within fourteen (14) days of receiving Defendant's plan, Plaintiffs shall give a written response indicating whether they agree to the plan or whether, if they dispute any aspect of it, and the factual basis for any such dispute;
- As necessary, the Parties shall obtain input from experts qualified in relevant subject matters (such as statistics) in developing their discovery plan proposals;
- Following Plaintiffs' response, the Parties shall further confer, if needed, and within fourteen (14) days of such response shall file a joint report to the Court regarding the aspects of a discovery plan that are agreed-upon, as well as a description of any disputes that the Parties desire to submit to the Court for resolution;
- As part of the Parties' joint submission, they shall propose a schedule for completing such discovery, including any modifications to the present pre-trial schedule that may be needed;
- During the course of such additional discovery, the Parties shall confer regarding a reasonable time for Plaintiffs to provide a "trial plan" if one is agreed as being needed, and whether any motions are required in such regard; and
- The Parties' proposals regarding such discovery plans will be for purposes of *discovery only*, and shall be without prejudice as to the Parties' ability to seek appropriate relief from the Court to modify such plans, to seek additional discovery, to seek protective orders, for Plaintiffs to take the position that no "trial plan" is needed, for Defendant to

1

[PROPOSED] ORDER RE JOINT STIPULATION REGARDING CLASS DISCOVERY AND TRIAL PLAN – 2:16-cv-02632-KJM-GGH

FPDOCS 34420665.1

seek to compel a "trial plan", for Defendant to dispute the validity or adequacy of any "trial plan" (or lack thereof) under applicable law and/or for Defendant to take the position that any certified class in this action should be modified or de-certified, or for the Parties to seek any other appropriate relief.

DATED: September 24, 2018.

_____
UNITED STATES DISTRICT JUDGE