MATTHEW R. EASON, Esq., SBN 160148
KYLE K. TABORNINI, Esq., SBN 160538
**EASON & TAMBORNINI, ALC**
1234 H Street, Suite 200
Sacramento, CA 95814
Telephone: (916) 438-1819
Facsimile: (916) 438-1820
Matthew@capcityLaw.com
https://www.capcitylaw.com

Attorneys for Plaintiffs and the Class

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

(Sacramento Division)

| | |
|---|---|
| ROBERT WESTFALL, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br>v.<br><br>BALL METAL BEVERAGE CONTAINER CORPORATION., a Colorado Corporation, Does 1-20 inclusive,<br><br>　　　　　Defendants. | Case No.: 2:16-cv-02632-KJM-GGH<br><br>**CLASS ACTION**<br><br>**PLAINTIFFS' NOTICE OF MOTION FOR ORDER (1) GRANTING PRELIMINARY APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT; (2) PROVISIONALLY CERTIFYING SETTLEMENT CLASSES; (3) DIRECTING DISSEMINATION OF NOTICE PACKET TO CLASS; AND (4) SETTING SCHEDULE FOR FINAL APPROVAL PROCESS**<br><br>Date:　September 4, 2020<br>Time:　10:00 a.m.<br>Crtm:　3<br><br>The Honorable Kimberly J Mueller<br><br>Complaint filed: September 7, 2016 |

//

PLAINTIFFS' NOTICE OF MOTION FOR ORDER (1) GRANTING PRELIMINARY APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT; (2) PROVISIONALLY CERTIFYING SETTLEMENT CLASSES; (3) DIRECTING DISSEMINATION OF NOTICE PACKET TO CLASS; AND (4) SETTING SCHEDULE FOR FINAL APPROVAL PROCESS

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

NOTICE IS HEREBY GIVEN that on September 4, 2020 at 10:00 a.m., or as soon as the matter can be heard, in Courtroom 3 of the Eastern District of California located at 501 I Street, Sacramento, California 95814, Plaintiffs on behalf of themselves and the certified class will and hereby move this Court for an order (1) granting preliminary approval of the proposed class action settlement; (2) provisionally certifying settlement classes; (3) directing dissemination of notice packet to class members; and (4) setting a schedule for the final approval process.

Date: August 5, 2020

Respectfully submitted,

**EASON & TAMBORNINI, ALC**

/s/ Matthew R. Eason
Matthew R. Eason
Attorney for Plaintiffs and the Proposed Class