MATTHEW R. EASON, Esq., SBN 160148
KYLE K. TABORNINI, Esq., SBN 160538
**EASON & TAMBORNINI, ALC**
1234 H Street, Suite 200
Sacramento, CA 95814
Telephone: (916) 438-1819
Facsimile: (916) 438-1820
Matthew@capcityLaw.com
https://www.capcitylaw.com

Attorneys for Plaintiffs and the Class

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

(Sacramento Division)

| | |
|---|---|
| ROBERT WESTFALL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BALL METAL BEVERAGE CONTAINER CORPORATION., a Colorado Corporation, Does 1-20 inclusive,<br><br>Defendants. | Case No.: 2:16-cv-02632-KJM-GGH<br><br>**PLAINTIFFS' MOTION FOR ORDER (1) GRANTING PRELIMINARY APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT; (2) PROVISIONALLY CERTIFYING SETTLEMENT CLASSES; (3) DIRECTING DISSEMINATION OF NOTICE PACKET TO CLASS; AND (4) SETTING SCHEDULE FOR FINAL APPROVAL PROCESS**<br><br>Date: September 4, 2020<br>Time: 10:00 a.m.<br>Crtm: 3<br><br>The Honorable Kimberly J Mueller<br><br>Complaint filed: September 7, 2016 |

//

//

**PLAINTIFFS' MOTION FOR ORDER (1) GRANTING PRELIMINARY APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT; (2) PROVISIONALLY CERTIFYING SETTLEMENT CLASSES; (3) DIRECTING DISSEMINATION OF NOTICE PACKET TO CLASS; AND (4) SETTING SCHEDULE FOR FINAL APPROVAL PROCESS**

Plaintiffs ROBERT WESTFALL, LYNN BOBBY, DAVID ANDERSON and DAVID ELLINGER, on behalf of themselves and the Class (referred to collectively herein as "Plaintiffs"), hereby move the Court for an order (1) granting preliminary approval of the proposed class and collective action settlement; (2) provisionally certifying settlement classes; (3) directing dissemination of notice and claim form to class members; and (4) setting a schedule for the final approval process.

This motion is based on: the accompanying Memorandum of Points and Authorities, the Declaration of Matthew R. Eason In Support of Plaintiffs' Motion for Order (1) granting preliminary approval of the proposed class action settlement; (2) provisionally certifying settlement classes; (3) directing dissemination of notice packet to class members; and (4) setting a schedule for the final approval process ("Eason Decl." or "Eason Declaration"); all other records, pleadings, and papers on file in this action; and on such other evidence or argument as may be presented to the Court at the hearing on this motion. Defendant do not oppose this motion.

Date: August 5, 2020

Respectfully submitted,

**EASON & TAMBORNINI, ALC**

*/s/ Matthew R. Eason*
Matthew R. Eason
Attorney for Plaintiffs and the Class

2