JOHN K. SKOUSEN, SBN 192581
jskousen@fisherphillips.com
CHRISTOPHER M. AHEARN, SBN 239089
cahearn@fisherphillips.com
**FISHER & PHILLIPS LLP**
2050 Main Street, Suite 1000
Irvine, California 92614
Telephone: (949) 851-2424
Facsimile: (949) 851-0152

APRIL A. PERKINS, SBN 322166
aperkins@fisherphillips.com
**FISHER & PHILLIPS LLP**
621 Capitol Mall, Suite 1400
Sacramento, CA 95814
Telephone: (916) 210-0400
Facsimile:  (916) 210-0401

*Attorneys for Defendant, BALL METAL BEVERAGE CONTAINER CORP.*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| ROBERT WESTFALL, DAVID E. ANDERSON, LYNN BOBBY, and DAVID ELLINGER,<br><br>Plaintiffs,<br><br>v.<br><br>BALL METAL BEVERAGE CONTAINER CORP.,<br><br>Defendant. | Case No:  2:16-cv-02632-KJM-CKD<br><br>**DEFENDANT'S STATEMENT OF NON-OPPOSITION TO PLAINTIFFS' MOTION FOR ORDER (1) GRANTING PRELIMINARY APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT; (2) PROVISIONALLY CERTIFYING SETTLEMENT CLASSES; (3) DIRECTING DISSEMINATION OF NOTICE PACKET TO CLASS; AND (4) SETTING SCHEDULE FOR FINAL APPROVAL PROCESS**<br><br>DATE:     September 4, 2020<br>TIME:      10:00 a.m.<br>CTRM.:    4, 15th Floor |

TO THE COURT, PLAINTIFFS, AND THEIR ATTORNEYS OF RECORD:

On August 5, 2020 Plaintiffs ROBERT WESTFALL, DAVID E. ANDERSON, LYNN BOBBY, and DAVID ELLINGER (hereinafter "Plaintiffs") filed a Motion for Order (1) Granting Preliminary Approval of Proposed Class Action Settlement; (2) Provisionally Certifying Settlement Classes; (3) Directing Dissemination of Notice Packet to Class; and (4) Setting Schedule for Final Approval Process which is set for hearing on September 4, 2020.

PLEASE TAKE NOTICE that, pursuant to United States District Court for the Eastern District of California, Local Rule 230(c), Defendant BALL METAL BEVERAGE CONTAINER CORP. hereby submits this Statement of Non-Opposition to said motion.

Date: August 21, 2020          FISHER & PHILLIPS LLP

                               By: */s/ April A. Perkins*
                               JOHN K. SKOUSEN
                               CHRISTOPHER M. AHEARN
                               APRIL A. PERKINS

                               Attorneys for Defendant
                               BALL METAL BEVERAGE CONTAINER

2

DEFENDANT'S STATEMENT OF NON-OPPOSITION TO PLAINTIFFS' MOTION FOR ORDER GRANTING PRELIMINARY APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT, ET AL.
FP 38507980.1