John K. Skousen (SBN 192581)
jskousen@fisherphillips.com
Jason A. Geller (SBN 168149)
jgeller@fisherphillips.com
Aaron M. Cargain (SBN 281336)
acargain@fisherphillips.com
FISHER & PHILLIPS LLP
One Embarcadero Center, Suite 2050
San Francisco, California 94111
Telephone: (415) 490-9000
Facsimile:  (415) 490-9001

Attorneys for Defendant
BALL METAL BEVERAGE CONTAINER CORP.

Matthew R. Eason, Esq., SBN 160148
Matthew@capcityLaw.com
Kyle K. Tambornini, Esq., SBN 160538
kyle@capcitylaw.com
EASON & TAMBORNINI, ALC
1234 H Street, Suite 200
Sacramento, CA 95814
Telephone: (916) 438-1819
Facsimile: (916) 438-1820

Attorneys for Plaintiffs and the Class

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| ROBERT WESTFALL, DAVID E. ANDERSON, LYNN BOBBY, and DAVID ELLINGER,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>BALL METAL BEVERAGE CONTAINER CORP.,<br><br>　　　　　Defendant. | Case No:  2:16-cv-02632-KJM-CKD<br><br>**JOINT STIPULATION REQUESTING MODIFICATION OF THE COURT'S ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT; ORDER** |

This Joint Stipulation Requesting Modification of the Court's Order Granting Preliminary Approval of the Class Action Settlement ("Joint Stipulation") is entered into by Plaintiff Robert Westfall as the Representative Plaintiff (on behalf of himself and each of the Settlement Class Members) and Defendant Ball Metal Beverage Container Corp. (Plaintiff and Defendant are collectively referred to as "Settling Parties"). The Settling Parties ask this Court to modify its September 16, 2021 Order granting Plaintiff's Motion for Preliminary Approval of Class Action Settlement to name Kroll Settlement Administration as the Class Administrator instead of Heffler Claims Group.

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES:

1. The Settlement Administrator as approved by the Court pursuant to its September 16, 2021 Order granting Plaintiff's Motion for Preliminary Approval of Class Action Settlement is Heffler Claims Group ("Heffler").

2. Kroll Settlement Administration acquired Heffler.

3. The Settling Parties therefore ask this Court to modify its Order to substitute Kroll Settlement Administration as the Settlement Administrator instead of Heffler.

IN WITNESS WHEREOF, the parties hereto have caused this Joint Stipulation to be executed by their duly authorized representatives. This Joint Stipulation may be executed in counterparts.

Date: October 29, 2021                    FISHER & PHILLIPS LLP

                                          /s/ *Aaron M. Cargain*
                                          JOHN K. SKOUSEN
                                          JASON A. GELLER
                                          AARON M. CARGAIN
                                          Attorneys for Defendant
                                          BALL METAL BEVERAGE CONTAINER CORP.

Date: October 29, 2021                    EASON & TAMBORNINI, ALC

                                          /s/ *Matthew R. Eason*  (as authorized on 10/29/21)
                                          MATTHEW R. EASON
                                          KYLE K. TAMBORNINI
                                          Attorneys for Plaintiffs and the Class

**ORDER**

The court has considered the parties' Joint Stipulation Requesting Modification of the Court's September 16, 2021 Order Granting Preliminary Approval of the Class Action Settlement, ECF No. 104, to change the settlement administrator entered into by Plaintiff Robert Westfall as the Representative Plaintiff (on behalf of himself and each member of the Settlement Class) and Defendant Ball Metal Beverage Container Corp. Under the facts and circumstances of this case, as presented by the parties, this court approves the substitution of Kroll Settlement Administration for Heffler Claims Group as the Settlement Administrator.  This order resolves ECF No. 105.

IT IS SO ORDERED:

Dated:  November 2, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE