John K. Skousen (SBN 192581)
jskousen@fisherphillips.com
Jason A. Geller (SBN 168149)
jgeller@fisherphillips.com
Aaron M. Cargain (SBN 281336)
acargain@fisherphillips.com
FISHER & PHILLIPS LLP
One Embarcadero Center, Suite 2050
San Francisco, California 94111
Telephone: (415) 490-9000
Facsimile:  (415) 490-9001

Attorneys for Defendant
BALL METAL BEVERAGE CONTAINER CORP.

Matthew R. Eason, Esq., SBN 160148
Matthew@capcityLaw.com
Kyle K. Tambornini, Esq., SBN 160538
kyle@capcitylaw.com
EASON & TAMBORNINI, ALC
1234 H Street, Suite 200
Sacramento, CA 95814
Telephone: (916) 438-1819
Facsimile: (916) 438-1820

Attorneys for Plaintiffs and the Class

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| ROBERT WESTFALL, DAVID E. ANDERSON, LYNN BOBBY, and DAVID ELLINGER,<br><br>Plaintiffs,<br><br>v.<br><br>BALL METAL BEVERAGE CONTAINER CORP.,<br><br>Defendant. | Case No:  2:16-cv-02632-KJM-CKD<br><br>**JOINT STIPULATION REQUESTING MODIFICATION OF THE COURT'S ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT; ORDER** |

1

This Joint Stipulation Requesting Modification of the Court's Order Granting Preliminary Approval of the Class Action Settlement ("Joint Stipulation") is entered into by Plaintiff Robert Westfall as the Representative Plaintiff (on behalf of himself and each of the Settlement Class Members) and Defendant Ball Metal Beverage Container Corp. (Plaintiff and Defendant are collectively referred to as "Settling Parties"). The Settling Parties ask this Court to modify its September 16, 2021 Order granting Plaintiff's Motion for Preliminary Approval of Class Action Settlement to allow the Settling Parties to amend the notice packet and reset the notice period. In addition, the Settling Parties request that the final approval hearing set for March 25, 2022 and related briefing schedule for Final Approval Motion and Motion for Award of Attorneys' Fees and Costs be reset in accordance with the new notice period.

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES:

1. Pursuant to the Court's September 16, 2021 Order granting Plaintiff's Motion for Preliminary Approval of Class Action Settlement, Settlement Class Members were to have 45 days from the mailing of the notice packet to opt out of or object to the terms of the Class Action Settlement.  Class Members also have 45 days to submit disputes concerning Defendant's representation as to Class Member work weeks.

2. The Claim Administrator mailed the notice packet on December 23, 2021.  Therefore, pursuant to this Court's Order, Class Members were to have until February 6, 2022 to submit opt outs, objections, or disputes as to Defendant's work week counts ("objection period").

3. The notice packet mailed out to the Settlement Class Members called for opt outs, objections, and disputes to be submitted by January 14, 2022.  As such, the notice period provided in the notice packet incorrectly cut short the objection period by 23 days.

4. Because of the timing defect above, the parties would also like to clarify potentially ambiguous language at page 5, as well as some other minor scriveners' errors.

5. The Settling Parties therefore ask this Court to modify its Order to allow the Settling Parties to reset the notice period and allow for an amended notice to be mailed to the Settlement Class Members which will allow for the full 45 days to opt our or object to

the class action settlement. Attached hereto as Exhibit "1" is a true and correct copy of the proposed Amended Notice.

6. The Settling Parties further request that the Final Approval Hearing set for March 25, 2022 be reset to a later date along with the briefing schedule for the Final Approval Motion and Motion for Award of Attorneys' Fees and Costs. The Settling Parties propose resetting the Final Approval Hearing for 60 days from the March 25, 2022 date.

IN WITNESS WHEREOF, the parties hereto have caused this Joint Stipulation to be executed by their duly authorized representatives. This Joint Stipulation may be executed in counterparts.

Date:                                            FISHER & PHILLIPS LLP

                                                 _____
                                                 JOHN K. SKOUSEN
                                                 JASON A. GELLER
                                                 AARON M. CARGAIN
                                                 Attorneys for Defendant
                                                 BALL METAL BEVERAGE CONTAINER CORP.

Date:                                            EASON & TAMBORNINI, ALC

                                                 _____
                                                 MATTHEW R. EASON
                                                 KYLE K. TAMBORNINI
                                                 ERIN M. SCHARG
                                                 Attorneys for Plaintiffs and the Class

**ORDER**

This Joint Stipulation Requesting Modification of the Court's Order Granting Preliminary Approval of the Class Action Settlement—which will allow the Settling Parties to amend the notice packet and reset the notice period, Final Approval Hearing, and related briefing schedule for the Motion for Final Approval and Motion for Award of Attorneys' Fees and Costs ("Joint Stipulation")—is entered into by Plaintiff Robert Westfall as the Representative Plaintiff (on behalf of himself and each member of the Settlement Class) and Defendant Ball Metal Beverage Container Corp. The court has considered the parties' Joint Stipulation.

NOW THEREFORE, IT IS HEREBY ORDERED:

Under the facts and circumstances as presented, this court approves the Amended Notice and resets the notice period. The Final Approval hearing is reset to May 27, 2022. The Motion for Final Approval and Motion for Award of Attorneys' Fees and Costs shall be filed 40 days in advance of the new Final Approval Hearing date.

IT IS SO ORDERED.

DATED: February 8, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE