John K. Skousen (SBN 192581)
jskousen@fisherphillips.com
FISHER & PHILLIPS LLP
2050 Main Street, Suite 1000
Irvine, California 92614
Telephone: (949) 851-2424
Facsimile: (949) 851-0152

Jason A. Geller (SBN 168149)
jgeller@fisherphillips.com
Aaron M. Cargain (SBN 281336)
acargain@fisherphillips.com
FISHER & PHILLIPS LLP
1 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone: (415) 490-9000
Facsimile:  (415) 490-9001

Attorneys for Defendant
BALL METAL BEVERAGE CONTAINER CORP.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| ROBERT WESTFALL, DAVID E. ANDERSON, LYNN BOBBY, and DAVID ELLINGER,<br><br>Plaintiffs,<br><br>v.<br><br>BALL METAL BEVERAGE CONTAINER CORP.,<br><br>Defendant. | Case No:  2:16-cv-02632-KJM-CKD<br><br>**ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO FILE SUR-REPLY TO OBJECTORS' REQUEST FOR DISCOVERY AND TO THIS COURT'S ORDER TO SHOW CAUSE**<br><br>Date: August 19, 2022<br>Time: 10:00 a.m.<br>Ctrm.: 3 |

GOOD CAUSE APEARING, it is ordered that Defendant's Motion for Leave to File Sur-Reply to Objectors' Request for Discovery and to this Court's Order to Show Cause, not to exceed five pages, is GRANTED. Within seven days of this order, defendant shall file the sur-reply.

IT IS SO ORDERED.

DATED: July 5, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE